USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/3/2023_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE: TERM COMMODITIES COTTON**
**FUTURES LITIGATION**

**This Document Relates To: All Actions**

**Master Docket:**

 **12-cv-05126 (ALC) (JW)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the pre-motion conference letter filed by Plaintiffs. ECF No. 683.

Defendants are hereby **ORDERED** to respond to Plaintiffs' letter by **August 4, 2023 at 5:00 PM**

**Eastern Time**.

**SO ORDERED.**

**Dated:**   **August 3, 2023**
       **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**